UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Leonard A. Dickey and Mercy A. Dickey, husband and wife,<br><br>                Plaintiffs,<br><br>    v.<br><br>United States of America; Alan F. Crosby, M.D.; James P. Rougle, D.O.; Edward W. Dick, M.D.; Brooke A. Bisbee, D.P.M.; Karen Gialle, N.P.; Eugene F. Tharalson, M.D.; Cynthia Griffith, R.N.,<br><br>                Defendants. | CV 03-375-TUC-NFF<br><br>**ORDER** |

UPON STIPULATION OF THE PARTIES,

IT IS HEREBY ORDERED that each of the individual defendants, named in Plaintiff's complaint and identified below, is dismissed:

    1.    Alan F. Crosby, M.D.
    2.    James P. Rougle, D.O.
    3.    Edward W. Dick, M.D.
    4.    Brooke A. Bisbee, D.P.M.
    5.    Karen Gialle, N.P.
    6.    Eugene F. Tharalson, M.D
    7.    Cynthia Griffith, R.N.

and the sole remaining Defendant shall be the United States of America.

ENTERED this _13_ day of August, 2004

                                        Honorable Nancy F. Fiora
                                        United States Magistrate Judge